IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RHONDA SANDERS,              )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      1:14cv698-MHT
                             )         (WO)
STRYKER CORPORATION, et      )
al.,                         )
                             )
    Defendants.              )
```

## JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 9), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Stryker Corporation and Stryker Sales Corporation are dismissed with prejudice and terminated as parties, with costs taxed as paid. All claims against defendant Howmedica Osteonics Corporation remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 9th day of March, 2015.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE